UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT MAURICE HOGAN | CIVIL ACTION |
| VERSUS | NO. 13-6289 |
| SHERIFF JERRY LARPENTER, ET AL. | SECTION "N"(1) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or failure to state a claim upon which relief may be granted.

New Orleans, Louisiana, this 25th day of November, 2013.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE